FILED

2018 JUN -5 PM 5: 08

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | **JUDGE PEARSON** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1 : 18 CR 279 |
| | ) | Title 18, Sections 982 and |
| ANTHONY KOVACH, | ) | 1956(a)(3), United States Code |
| | ) | |
| Defendant. | ) | |
| | ) | |

COUNT 1
(Money Laundering, 18 U.S.C. § 1956(a)(3))

The Grand Jury charges:

1. From on or about April 20, 2017 to on or about October 17, 2017, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY KOVACH, with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of a specified unlawful activity, did knowingly conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce, involving property represented by a person at the direction and approval of a Federal official authorized to investigate and prosecute Title 18, United States Code, Section 1956 violations, to be proceeds of a specified unlawful activity, to wit: bringing in and

harboring certain aliens, in violation of Title 8, United States Code, Section 1324 (Immigration and Nationality Act, Section 274).

All in violation of Title 18, United States Code, Section 1956(a)(3).

## COUNT 2
(Money Laundering, 18 U.S.C. § 1956(a)(3))

The Grand Jury further charges:

2. From on or about November 17, 2017 to on or about February 22, 2018, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANTHONY KOVACH, with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of a specified unlawful activity, did knowingly conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce, involving property represented by a person at the direction and approval of a Federal official authorized to investigate and prosecute Title 18, United States Code, Section 1956 violations, to be proceeds of a specified unlawful activity, to wit: conspiracy to distribute and possess with intent to distribute controlled substances in violation of Title 21, United States Code, Section 846 and distribution and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 1956(a)(3).

## FORFEITURE

The Grand Jury further charges:

3. The allegations of Counts 1 and 2 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982. As a result of the foregoing offenses, defendant ANTHONY KOVACH shall forfeit to the

United States any and all property, real or personal, involved in such offense, or any property traceable to such property.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.